**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MAGNA 5 MS LLC,<br>Plaintiff,<br>v.<br>ADAM SPINNER,<br>Defendant. | Case No. 1:26-cv-000992-MN |

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF TO FILE ITS ANSWERING BRIEF IN RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED, by and among the parties through their undersigned counsel, and subject to the Court's approval, that Plaintiff shall file its Answering Brief to Defendant's Motion to Dismiss (D.I. 25; D.I. 26) on September 28, 2026, and Defendant shall file his Reply Brief on October 12, 2026.

**BLANK ROME LLP**

*/s/ Anna E. Currier*
Anna E. Currier (#6271)
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Tel.: (302) 425-6429
Anna.Currier@blankrome.com

*Counsel for Plaintiff*

**WHITE AND WILLIAMS LLP**

*/s/ Timothy S. Martin*
Timothy S. Martin (#4578)
600 N. King Street, Suite 800
Wilmington, DE 19801
Tel. (302) 654-0424
Martint@whiteandwilliams.com

*Counsel for Defendant*

Dated: September 25, 2026

**SO ORDERED** this ____ day of September, 2026.

_________________________________
The Honorable Maryellen Noreika