**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Magna5 MS LCC, | : | |
| | : | C.A. No. 1:26-cv-00992-MN |
| Plaintiff, | : | |
| | : | |
| v. | : | Trial by Jury of Twelve Demanded |
| | : | |
| Adam Spinner | : | |
| | : | |
| Defendant | : | |

## ENTRY OF APPEARANCE

**WITHOUT WAIVER** of any affirmative defenses, including but not limited to insufficiency of process, failure to state a claim upon which relief can be granted and/or statute of limitations;

**PLEASE ENTER THE APPEARANCE** of Sean A. Elman, Esquire as co-counsel, on behalf of the defendant, Adam Spinner.

**WHITE AND WILLIAMS LLP**

Sean A. Elman

**TIMOTHY S. MARTIN (#4578)**
**MICHAEL INGRASSIA (#7068)**
**SEAN A. ELMAN (#7046)**
600 N. King Street, Suite 800
Wilmington, DE 19801-3722
(302) 654-0424
Attorneys for Defendant,
Adam Spinner

Dated: September 28, 2026