**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MAGNA5 MS LLC,<br><br>Plaintiff,<br><br>v.<br><br>ADAM SPINNER,<br><br>Defendant. | CIVIL ACTION<br><br>No. 1:26-cv-00992-MN |

**PLAINTIFF'S REQUEST FOR ORAL ARGUMENT**

Pursuant to D. Del. L.R. 7.1.4, Plaintiff Magna5 MS LLC respectfully requests oral argument before the Court in connection with Plaintiff's: (1) Motion for a Temporary Restraining Order (D.I. 2); (2) Motion for a Preliminary Injunction (D.I. 5, 6, 30, 43); and (3) Motion to Expedite (D.I. 3, 4, 28, 42).

Respectfully Submitted,

Dated: October 12, 2025.

**BLANK ROME LLP**

*/s/ Anna E. Currier*
Anna E. Currier (#6271)
1201 N. Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6400
anna.currier@blankrome.com

*Counsel for Plaintiff*