White and Williams LLP

**Timothy S. Martin**

600 N. King Street, Suite 800 | Wilmington, DE 19801
Direct 302.467.4509 | Fax 302.467.4549
martint@whiteandwilliams.com | whiteandwilliams.com

November 6, 2026

The Honorable Maryellen Noreika
United States District Court of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 19, Room 4324
Wilmington, DE 19801

**RE: Magna5 MS LLC v Adam Spinner**
**C.A. No. 1:26-cv-00992-MN**

Dear Judge Noreika:

We write on behalf of Defendant Adam Spinner, jointly with counsel for Plaintiff Magna5 MS LLC, to respectfully request that the Court adjourn the evidentiary hearing currently scheduled for November 13, 2026, at 10:00 a.m.

Plaintiff moved for a temporary restraining order and preliminary injunction (D.I. 2, 5, 6, 30, 43) and to expedite (D.I. 3, 4, 28, 42). On October 12, 2026, Plaintiff requested oral argument on those motions pursuant to D. Del. LR 7.1.4. (D.I. 66.) By Oral Order entered October 29, 2026, the Court set an evidentiary hearing on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (D.I. 5) for November 13, 2026, at 10:00 a.m.

Since entry of that Order, the parties have reached a settlement in principle and are actively working to finalize the settlement documents. To conserve the resources of the Court and the parties while that process is completed, the parties jointly and respectfully request that the Court adjourn the November 13, 2026, hearing and, should it become necessary, reschedule the hearing for a date convenient to the Court. The parties propose to submit a joint status report, or an appropriate stipulation of dismissal, within thirty (30) days.

Counsel for Plaintiff has reviewed this letter and consents to this request. Should Your Honor have any questions or wish to discuss this matter, counsel are available at the Court's convenience.

November 6, 2026

Respectfully submitted,

**WHITE AND WILLIAMS LLP**

*/s/ Timothy S. Martin*
Timothy S. Martin (DE #4578)